UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM H. WILLIAMS,　　　　　　　　　　No. 10-10913

　　　　　Plaintiff,　　　　　　　　　　　　District Judge David M. Lawson

v.　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

UNITE HERE LOCAL 24,

　　　　　Defendant.
_____/

**ORDER SETTING ORAL ARGUMENT**

On June 2, 2010, Plaintiff William H. Williams sent the Court a letter [Docket #16], requesting that his case be dismissed. The Court construes this letter as a motion to voluntarily dismiss under Fed.R.Civ.P. 41(a)(2). The basis for Plaintiff's request is unclear. He suggests that he does not have the filing fee, but he has been granted *in forma pauperis* status, so he does not have to prepay the filing fee. On one hand, he indicates that he wants a dismissal without prejudice, so that he can join his claim against the union with his claims against Greektown Casino, after he completes his EEOC proceeding. On the other hand, he states that "the only reasons why I am dropping this [is] because a poor person with no money don't have a chance."

In order to clarify the reasons that Mr. Williams wants to drop his case, and the terms under which that would be done, the Court will schedule a hearing at which Mr. Williams will appear and explain to the Court what he is seeking to do.

-1-

IT IS THEREFORE ORDERED that Plaintiff William H. Williams and counsel for Defendant shall appear before this Court on **JUNE 22, 2010, at 10:00 a.m.**, in Courtroom 662, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, for oral argument on Plaintiff's motion to dismiss [Docket #16].

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 7, 2010.

s/Gina Wilson
Judicial Assistant